IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BELLANCA WILSON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| V. | ) | No. 3:18-cv-34-G |
| DALLAS INDEPENDENT SCHOOL DISTRICT, | ) |  |
| Defendant. | ) |  |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

February 18, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**